| | |
|---|---|
| UNITED STATES DISTRICT COURT | Civil Conference |
| EASTERN DISTRICT OF NEW YORK | Minute Order |

| | | | |
|---|---|---|---|
| Before: James Orenstein | | Date: | 5/14/2020 |
| U.S. Magistrate Judge | | Time: | 9:30 a.m. |

*Luis Avelar v. Ciampa Management Corp., et al.*
20-CV-0210 (AMD) (JO)

Type of Conference:  Initial

Appearances:   Plaintiff         Nolan K. Klein

                Defendants    Regina E. Faul, Laura E. Longobardi

Scheduling: The next pretrial conference will be held on October 8, 2020, at 9:30 a.m.

Summary: The parties agree that there exist other employees of the defendants who are situated similarly to the named plaintiff with respect to the asserted wage claims. The parties will submit by May 28, 2020, a proposed notice to potential opt-in plaintiffs that includes, as needed, competing proposals for specific portions of the notice as to which the parties disagree. As part of their submission, I respectfully direct the parties to report whether they believe an early settlement conference with me or a referral to court-sponsored mediation would be useful. I will enter a separate case management and scheduling order that reflects, with minor modifications, the deadlines set forth in the parties' joint discovery plan.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge