

**PHILLIPS NIZER LLP**

485 Lexington Avenue
New York, NY 10017-2643
212.977.9700
Fax 212.262.5152

New York • New Jersey

Laura E. Longobardi
(212) 841-0780
LLongobardi@phillipsnizer.com

www.phillipsnizer.com

May 28, 2020

**VIA ECF**

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
Courtroom 11D South
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    ***Avelar v. Ciampa Management Corp., et al.* 20-CV-210-AMD-JO (E.D.N.Y.)**

Dear Judge Orenstein:

      This Firm represents the defendants Ciampa Management Corp., Douglas A. Ciampa and Victor Hidalgo (collectively, "Defendants") in the above-referenced action. This is a joint letter with Nolan Klein, Esq., counsel for the plaintiff Luis Avelar ("Plaintiff"), further to the parties' joint request for an extension of time in which to submit a proposed notice to potential opt-in plaintiffs.

      We write to advise the Court that the parties are willing to stipulate that during the period of the adjournment, the limitations period is tolled for potential opt-in plaintiffs.

      Respectfully submitted,
      PHILLIPS NIZER LLP
      /s/ *Laura E. Longobardi*
      Laura E. Longobardi

LEL:
cc:    Nolan Klein, Esq. (via ECF)