

485 Lexington Avenue
New York, NY  10017-2643
212.977.9700
Fax 212.262.5152

New York • New Jersey

Laura E. Longobardi                                                www.phillipsnizer.com
(212) 841-0780
LLongobardi@phillipsnizer.com

August 6, 2020

**VIA ECF**

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
Courtroom 4GN
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**     ***Avelar v. Ciampa Management Corp., et al.* 20-CV-210-AMD-JO (E.D.N.Y.)**

Dear Judge Donnelly:

This Firm represents the defendants Ciampa Management Corp., Douglas A. Ciampa and Victor Hidalgo in the above-referenced action (the "Action").

The Action was referred to mediation by the Honorable James Orenstein on July 22, 2020.  We write jointly with Nolan Klein, Esq., counsel for plaintiff Luis Avelar, to advise the Court that the parties have chosen Michael Starr, Esq., from the EDNY Mediation Panel, to mediate this matter.  The mediation is scheduled to occur on August 24, 2020, by Zoom virtual session.

Counsel are available should the Court require additional information.

Respectfully submitted,
PHILLIPS NIZER LLP
/s/ *Laura E. Longobardi*
Laura E. Longobardi

LEL:
cc:     Nolan Klein, Esq. (via ECF)
        The Hon. James Orenstein, USMJ